IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CANTON OMAR DISMUKES,
    Petitioner,

vs.                                                            Case No. 3:10cv295/MCR/MD

WALTER A. MCNEIL,
    Respondent.
_____

**ORDER**

On August 26, 2010, this court entered an order (doc. 3) requiring petitioner to submit, within twenty-eight days, a complete application to proceed *in forma pauperis* along with supporting documentation, or payment in the amount of $5.00. Petitioner did not comply with that portion of the order.[1]

Accordingly, on October 21, 2010, the court entered an order (doc. 5) directing petitioner to show cause why this case should not be dismissed for failure to comply with an order of the court. Petitioner has responded (doc. 8), stating that he sent the $5.00 to the Clerk of Court of the Escambia County Circuit Court, instead of to this court.

Accordingly it is ORDERED:

Petitioner is granted an extension until **November 19, 2010** in which to comply with this court's August 26, 2010 order. Failure to do so will result in dismissal of this action without further notice.

DONE AND ORDERED this 29th day of October, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Petitioner complied with that portion of the order requiring him to submit two service copies of his petition.